THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| VOLVO FINANCIAL SERVICES, a division of VFS US, LLC, a Delaware Limited Liability Company, and VFS LEASING CO., a Delaware Business Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>TISON CONSTRUCTION, INC., a Washington Corporation; PAVEL TISHCHENKO, an individual and d/b/a TISON CONSTRUCTION; and VERA TISHCHENKO, an individual,<br><br>Defendants. | No. C10-05787-RBL<br><br>**ORDER AND JUDGMENT OF DEFAULT** |

## I.  JUDGMENT SUMMARY

1. Judgment Creditors: Volvo Financial Services, a division of VFS US, LLC; and VFS Leasing Co.

2. Judgment Creditors' Attorneys: Ryan G. Foltz, Sarah N. Turner and Gordon & Rees LLP

3. Judgment Creditors: Tison Construction, Inc.; Pavel Tishchenko, individually and d/b/a Tison Construction; and Vera Tishchenko

4. Principal Judgment: $261,505.17

5. Interest Owed at 18% per annum: $45,109.64

5. Attorney Fees: $4,870.08

6. Costs: $610.58

ORDER AND JUDGMENT OF DEFAULT – 1
Case No. C10-05787-RBL

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1  7.  Other Recovery Amounts:   N/A

2  8.  Post-judgment interest shall accrue pursuant to RCW 4.56.110 and the terms of the contract.

## II.  JUDGMENT

This matter having come on regularly before this Court on Plaintiff's Motion for Default Judgment, and the Court having examined the records and files herein, including:

1.  Plaintiffs' Motion for Default Judgment; and

2.  Declaration of Ryan G. Foltz in Support of Plaintiffs' Motion for Default Judgment

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Motion for Default Judgment is GRANTED, and judgment is hereby entered against defendants Tison Construction, Inc., Pavel Tishchenko and Vera Tishchenko as summarized above.

DATED this 23rd day of February, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

*Presented by:*

GORDON & REES LLP

By:  /s/ *Ryan G. Foltz*_____
Ryan G. Foltz, WSBA No. 30696
Attorneys for Plaintiffs
701 5th Avenue, Suite 2100
Seattle, Washington  98104
Phone: (206) 695-5100
Fax: (206) 689-2822
rfoltz@gordonrees.com

ORDER AND JUDGMENT OF DEFAULT – 2
Case No. C10-05787-RBL

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822